# EXHIBIT D

EXECUTONE ("E") TO METROCOM ("M") LIST OF
ANNUAL MAINTENANCE CONTRACTS.

METROCOM RECEIVED PAYMENT FOR ALL ITEMS LISTED
HERE AS "M".

EXECUTONE TO METROCOM

Annual Maintenance Contracts:

Adrian Fire Dept.
- 9/10 - 1/12    $ 1,409.00    E
- 1/12 - 1/13    $ 1,409.00    E
- 1/13 - 1/14    $ 1,409.00    M

Adrian Parks
- 1/11 - 1/12    $ 440.00    E
- 1/12 - 1/13    Invoice missing
- 1/13 - 1/14    $ 440.00    M

Adrian Utilities
- 1/12 - 1/13    $ 440.00    E
- 1/13 - 1/14    $ 440.00    M

Adrian Water Dept.
- 1/12 - 2/13    $ 470.00    E
- 1/13 - 1/14    $ 440.00    M

American Eye Institute
- 6/11 - 6/12    $ 757.00    E
- 6/12 - 6/13    $ 757.00    M

- 6/11 - 6/12    $ 940.00    E
- 6/12 - 6/13    $ 940.00    M

Apollo Fire Equipment
- 9/10 - 9/11    $ 1,327.00    E
- 9/11 - 9/12    Invoice missing
- 9/12 - 9/13    $ 1,327.00    M

Autrans Corporation
- 8/11 - 8/12    $ 543.00    E
- 8/12 - 8/13    $ 543.00    M

Bay Electronics
- 1/12 - 1/13    $ 547.00    E
- 1/13 - 1/14    $ 547.00    M

Bloomfield Dermatology
- 2/12 - 2/13    $ 933.00    E
- 2/13 - 2/14    $ 933.00    M

Carlos Pizza
- 10/11 - 10/12    $ 492.00    E
- 10/12 - 10/13    $ 492.00    M

Carroll Products
- 10/11 - 10/12    $ 904.00    E
- 10/12 - 10/13    $ 904.00    M

Detroit Tube
- 12/11 - 12/12    $ 1,316.00    E
- 12/12 - 12/13    $ 1,316.00    M

East Michigan Eye Center
- 9/10 - 9/11    $ 2,457.00    E
- 9/11 - 9/12    Invoice missing
- 9/12 - 9/13    $ 2,457.00    M

Enmark Tool
- 10/11 - 12/11    $ 419.00    E
- 1/12 - 3/12    $ 419.00    E
- 4/12 - 6/12    $ 419.00    M
- 7/12 - 9/12    $ 419.00    M

Eye Care Associates
- 12/11 - 12/12    $ 582.00    E
- 12/12 - 12/13    $ 582.00    M

Fabricon Products
- 10/11 - 10/12    $ 2,531.00    E
- 10/12 - 10/13    $ 2,531.00    M

Federal Screw Works
- 12/11 - 12/12    $    916.00    E
- 12/12 - 12/13    $    916.00    M

Flagg Cleaning Systems
- 10/11 - 10/12    $    447.00    E
- 10/12 - 10/13    $    447.00    M
- [Credit/Reduced Coverage]    <98.00>    M

Gastrointestinal Endoscopy
- 6/11 - 6/12    $ 2,362.00    E
- 6/12 - 6/13    $ 2,362.00    M

Grosse Pointe Farms (City)
- 10/11 - 10/12    $    410.00    E
- 10/12 - 10/13    $    410.00    M

- 8/11 - 8/12    $ 4,553.00    E
- 8/12 - 8/13    $ 4,553.00    M

- 11/11 - 11/12    $    684.00    E
- 11/12 - 11/13    $    684.00    M

Howard Linden
- 4/12 - 4/13    $    557.00    E
- 4/13 - 4/14    $    557.00    M

Huron Valley Tennis
- 8/11 - 8/12    $    410.00    E
- 8/12 - 8/13    $    410.00    M

John Gray & Co.
- 1/12 - 1/13    $    410.00    E
- 1/13 - 1/14    $    410.00    M

Kerr Pump
- 3/11 - 3/12    $ 3,396.00    E
- 3/12 - 3/13    Invoice missing
- 3/13 - 3/14    $ 3,396.00    M

K & D Industrial
 11/11 - 11/12  $ 1,020.00  E
 11/12 - 11/13  $ 1,020.00  M

Macomb Medical
 7/11 - 7/12  $ 858.00  E
 7/12 - 7/13  $ 858.00  M

May Siimpson & Strote
 7/11 - 7/12  $ 987.00  E
 7/12 - 7/13  $ 987.00  M

Modern Hard Chrome
 9/11 - 12/11  $ 435.00  E
 12/11 - 3/12  $ 435.00  E
 3/12 - 6/12  $ 435.00  E
 6/12 - 9/12  $ 435.00  M

New China Restaurant
 8/11 - 8/12  $ 476.00  E
 8/12 - 8/13  $ 476.00  M

Promise Village
 1/12 - 1/13  $ 609.00  E
 1/13 - 1/14  $ 609.00  M

Renaissance Head Start
 8/11 - 8/12  $ 1,060.00  E
 8/12 - 8/13  $ 1,060.00  M

 11/11 - 11/12  $ 476.00  E
 11/12 - 11/13  $ 476.00  M

R.M. Wright Co.
 3/11 - 3/12  $ 2,103.00  E
 3/12 - 3/13  $ 2,103.00  E
 3/13 - 3/14  $ 2,103.00  M

Robert Holmes Teamsters
    8/11 - 8/12         $   410.00       E
    8/12 - 8/13         $   410.00       M


Royal Oak Church of Christ
    11/11 - 11/12       $   806.00       E
    11/12 - 11/13       $   806.00       M


St. Lucy's Church
    9/10 - 9/11         $ 1,655.00       E
    9/11 - 9/12         Invoice Missing
    9/12 - 9/13         $ 1,655.00       M


S & K Manufacturing
    11/11 - 11/12       $   506.00       E
    11/12 - 11/13       $   506.00       M


Skelly & Zager
    12/11 - 12/12       $   480.00       E
    12/12 - 12/13       $   480.00       M

    11/11 - 11/12       $   480.00       E
    11/12 - 11/13       $   480.00       M


St. Mathias Church
    11/11 - 11/12       $   792.00       E
    11/12 - 11/13       $   792.00       M


Somers Steel
    4/11 - 4/12         $   501.00       E
    4/12 - 4/13         $   501.00       E
    4/13 - 4/14         $   501.00       M


Specialty Steel Treating
    8/11 - 7/12         $ 3,282.00       E
    8/12 - 7/13         $ 3,282.00       M

Spring Dynamics
  1/11 - 1/12    $ 1,624.00    E
  1/12 - 1/13    $ 1,624.00    E
  1/13 - 1/14    $ 1,573.00    M

St. Vincent Ferrer
  8/11 - 8/12    $  424.00    E
  8/12 - 8/13    $  424.00    M

Starr Vista
  4/11 - 4/12    $ 3,089.00    E
  4/12 - 4/13    $ 3,089.00    E
  4/13 - 4/14    $ 3,089.00    M

Schwartz Jalkanen & Hannum
  12/11 - 12/12   $  897.00    E
  12/12 - 12/13   $  450.00    M
  (credit reduced annual bill)

Snapshot Designs
  6/11 - 6/12    $  557.00    E
  6/12 - 6/13    $  557.00    M

Superabrasives
  9/10 - 9/11    $ 1,007.00    E
  9/11 - 9/12    Invoice missing
  9/12 - 9/13    $ 1,007.00    M

Teamsters #243
  9/10 - 9/11    $  630.00    E
  9/11 - 9/12    Invoice missing
  9/12 - 9/13    $  630.00    M

  TOTAL "M" = $55,704.00