UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS' INSURANCE
FUND, et al.,

        Plaintiffs,

v.                                                                                  CASE NO. 2:10-cv-13962

EXECUTONE COMMUNICATIONS, LLC,          HON. MARIANNE O. BATTANI
f/k/a SBJ ACQUISITIONS, LLC,

        Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF ATTORNEY'S FEES AND COSTS RELATED TO FILING OF CONTEMPT MOTION

      This matter is before the Court on Plaintiffs' Application for Award of Attorney's Fees and Costs Related to Filing of Contempt Motion.  (Doc. 219.)  On July 7, 2014, the Court entered an Order finding Stuart Novick and MetroCom, LLC, in contempt of Court and entering judgment against them in the amount of $64,927.27 plus interest accrued thereon, attorneys' fees, and costs associated with the filing of the Contempt Motion. (Doc. 217, ¶ 4.)  Plaintiffs' counsel has submitted a billing accounting reflecting 58.6 hours of work on the Contempt Motion at an hourly rate of $190.00, as well as auditing costs in the amount of $571.05.  Therefore, Plaintiffs request an award for attorneys' fees and costs totaling $11,705.05.  Neither Stuart Novick nor MetroCom, LLC, has responded.  Accordingly, the Court hereby **GRANTS** Plaintiff's application.

      **IT IS SO ORDERED.**

Date:   August 29, 2014  
                s/Marianne O. Battani  
                MARIANNE O. BATTANI  
                United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 29, 2014.

                s/ Kay Doaks  
                Case Manager